UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID MCDONELL,<br><br>                              Plaintiff,<br><br>                     -v.-<br><br>EXCLONE, INC. et al.,<br><br>                              Defendants. | 25 Civ. 3618 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Plaintiff David McDonell brought this action on April 30, 2025.  *See* ECF No. 1.  On August 22, 2025, Defendants ExClone, Inc., Riza Berkan, and 1A1 Inc. moved to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  *See* ECF Nos. 22 and 25.  On September 12, 2025, Plaintiff filed an amended complaint.  *See* ECF No. 33.  Accordingly, Defendants' motions to dismiss the complaint, ECF. Nos. 22 and 25, are hereby DENIED as moot.  *See* ECF No. 28.

      The Clerk of Court is directed to terminate ECF Nos. 22 and 25.

      SO ORDERED.

Dated: October 29, 2025
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge