UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID MCDONELL,

                    Plaintiff,

        -v-

EXCLONE, INC., ET AL,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/9/2026

**ORDER**

25-CV-3618 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant Riza Berkan's letter stating that he has decided to obtain new counsel rather than represent himself.  ECF No. 59.

However, once the motion to withdraw is granted, Defendant Berkan is representing himself.  Therefore, he still needs to file a pro se notice of appearance to cover the 60-day period where he is seeking new counsel to ensure he receives filings and orders pertaining to the case.  Defendant Berkan is directed to file, with the help of his current counsel, a pro se notice of appearance by **June 16, 2026**.  If Defendant fails to do this, he will be in default.

**SO ORDERED.**

Dated: June 9, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge