UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 8/13/2026

DAVID MCDONELL,

Plaintiff,

-v-

EXCLONE, INC., ET AL,

Defendants.

**ORDER**

25-CV-3618 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant Riza Berkan's request to extend the deadline for obtaining counsel for Defendant Exclone. ECF No. 63. The request is **GRANTED**. Defendant Exclone has until **September 14, 2026** to obtain new counsel, or it will be in default.

**SO ORDERED.**

Dated: August 13, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge