USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID MCDONELL,

Plaintiff,

-v-

EXCLONE, INC., ET AL,

Defendants.

**ORDER**

25-CV-3618 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated August 13, 2026, Defendant Exclone was given until September 14, 2026 to obtain new counsel. ECF No. 64. It is unclear from the docket whether Defendant Exclone received that order. Accordingly, the deadline for Exclone to obtain new counsel is extended to **September 25, 2026**. Defendant Exclone is reminded that failure to obtain counsel will result in default.

The Clerk of Court is respectfully directed to mail a copy of this order to Defendant Riza Berkan.

**SO ORDERED.**

Dated: September 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge