USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID MCDONELL,

Plaintiff,

-v-

EXCLONE, INC., ET AL,

Defendants.

**ORDER**

25-CV-3618 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant Riza Berkan's request for an additional 30 days to obtain counsel for Defendant Exclone. ECF No. 66. The request is **GRANTED**. Defendant Exclone shall retain counsel by **October 23, 2026**.

This is the final extension; no further extension will be granted. Should Exclone fail to retain counsel by the deadline, the undersigned will ask the Clerk of Court for a certificate of default.

**SO ORDERED.**

Dated: September 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge