USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID MCDONELL,

Plaintiff,

-v-

EXCLONE, INC., ET AL,

Defendants.

**ORDER**

25-CV-3618 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated June 15, 2026, the undersigned granted counsel's motion to withdraw as attorney for Defendants Riza Berkan and Exclone, Inc. ("Exclone"). ECF No. 62. Exclone was given a sixty-day deadline for obtaining new counsel and was warned that failure to obtain counsel would result in default. *Id.* Exclone then sought a thirty-day extension of the deadline, which the undersigned granted on August 13, 2026. ECF No. 64. When Exclone failed to meet that extended deadline, the undersigned extended it again *sua sponte* by Order dated September 17, 2026. ECF No. 65. Exclone then sought an additional thirty-day extension, which the undersigned granted by Order dated September 23, 2026. ECF No. 67. Exclone was warned that no further extensions would be granted, and that failure to meet the October 23, 2026 deadline would result in the undersigned asking the Clerk of Court for a certificate of default. *Id.*

The October 23, 2026 deadline has now passed, and Exclone has failed to retain counsel. Accordingly, pursuant to Local Rule 55.1(b), the Clerk of Court is respectfully directed to enter a certificate of default against Exclone.

**SO ORDERED.**

Dated: October 29, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge